IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

SHIRLEY JOHNSON, as Legal Guardian )
of Michael Gilfeather, an incapacitated )
adult, )
                                         )
    Plaintiff )
                                         )
and )
                                         )
OAK RIVER INSURANCE COMPANY, )
                                         )
    Intervening Plaintiff )    No. 2-02-0080
                                         )
v. )
                                         )
MANITOWOC BOOM TRUCKS, INC. )
and NATIONAL EQUIPMENT )
SERVICES, INC.,[1] )
                                         )
    Defendants )

## ORDER

    In accordance with the contemporaneously entered memorandum, the defendant's Motion to Exclude Testimony and for Summary Judgment (Docket Entry No. 86) is GRANTED, and this action is DISMISSED WITH PREJUDICE.

    The entry of this order shall constitute final judgment in this action pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    So ORDERED.

                                                                                           JULIET GRIFFIN
                                                                                          United States Magistrate Judge

---

[1] National Equipment Services, Inc. was dismissed from this case by order entered November 8, 2004 (Docket Entry No. 60).